**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **LAURENT KOULADOUMNGAR,** | : |
| Petitioner, | : |
| vs. | :   06-0648-CG-C |
| **DAVID O. STREIFF, <u>etc.</u>, <u>et</u> <u>al.</u>,** | : |
| Respondents. | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 6, 2007 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 20th day of July, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE